IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DANIEL S. WILSON,<br><br>                Defendant. | 8:22CR121<br><br>ORDER |

This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 68). Counsel needs additional time to allow for the permission necessary to proceed to a stipulated bench trial or conditional plea. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 68) is granted as follows:

1. The jury trial now set for March 3, 2025, is continued to **May 5, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 5, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated the 27th day of February 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge