IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:22CR121** |
| v. | | |
| DANIEL S. WILSON, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on defendant Daniel S. Wilson's Motion to Extend Self-Surrender (Filing No. 99).  After considering the matter, the Court will grant the motion.

IT IS ORDERED that Daniel Wilson's motion (Filing No. 99) is granted, and the self-surrender date is extended.  Defendant shall surrender for service of sentence no earlier than **August 12, 2026**. Defendant shall surrender at the institution designated by the Bureau of Prisons (FCI Oakdale). No further extensions will be granted.

The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 9th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge